UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY WAYNE RIMPSON,<br><br>                    Petitioner,<br><br>        v.<br><br>MULE CREEK STATE PRISON WARDEN,<br><br>                    Respondent. | No.  1:15-cv-01499-LJO-JLT (HC)<br><br>ORDER DISREGARDING MOTION AS MOOT<br><br>[Doc. No. 27] |

On May 12, 2016, the District Court issued an order denying the petition for writ of habeas corpus. The Court also declined to issue a certificate of appealability. Petitioner filed a notice of appeal on June 20, 2016, and the appeal was processed to the Ninth Circuit Court of Appeals. On July 11, 2016, Petitioner filed a motion for certificate of appealability. On January 10, 2017, however, the Ninth Circuit denied Petitioner's request for certificate of appealability. Petitioner's motion is moot and is hereby DISMISSED.

IT IS SO ORDERED.

   Dated:   **February 7, 2017**            **/s/ Jennifer L. Thurston**
                                                       UNITED STATES MAGISTRATE JUDGE